UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>        Plaintiff,<br><br>   vs.<br><br>FERNANDO GONZALES, et al.,<br><br>        Defendants. | 1:11-cv-00394-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR COURT ORDER AS MOOT<br><br>(Docs. 23, 24.) |

     Thomas Goolsby ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on March 8, 2011.  (Doc. 1.)  On May 4, 2011, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance.  (Doc. 6.)  Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required.  Local Rule Appendix A(k)(3).  This case now proceeds on Plaintiff's First Amended Complaint, filed on September 17, 2012, against defendant T. Steadman for retaliation in violation of the First Amendment.[1]  (Doc. 13.)

---

[1] On April 22, 2013, the court dismissed all remaining claims and defendants from this action based on Plaintiff's failure to state a claim.  (Doc. 17.)

1

On October 28, 2013 and January 15, 2014, Plaintiff filed motions for a court order requiring the United States Marshal ("Marshal") to file a return of service showing whether defendant Steadman was served with the complaint. (Docs. 23, 24.)  In light of the fact that a Waiver of Service signed by defense counsel on behalf of defendant Steadman was filed on February 4, 2014, Plaintiff's motions are moot.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motions filed on October 28, 2013 and January 15, 2014 are DENIED as moot.

IT IS SO ORDERED.

Dated:   **February 24, 2014**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE