UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>        Plaintiff,<br><br>    v.<br><br>FERNANDO GONZALES, et al.,<br><br>        Defendants. | 1:11-cv-00394 GSA (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>(Document# 27)<br><br>30-DAY DEADLINE |

      Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On March 4, 2014, Defendant Steadman ("Defendant") filed a motion to extend time to file Answer to Plaintiff's First Amended Complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

      Defendant is granted 30 days from the date of service of this order in which to file an Answer to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

    Dated: __**March 13, 2014**__                                  **/s/ Gary S. Austin**
                                                                                UNITED STATES MAGISTRATE JUDGE