UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THOMAS GOOLSBY,

Plaintiff,

vs.

FERNANDO GONZALES, et al.,

Defendants.

1:11-cv-00394-LJO-GSA-PC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS
(Doc. 33.)

ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, WITH PREJUDICE
(Doc. 32.)

Thomas Goolsby ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 25, 2014, findings and recommendations were entered, recommending that Plaintiff's motion for default judgment against defendant Steadman be denied. (Doc. 33.) On May 8, 2014, Plaintiff filed objections to the findings and recommendations. (Doc. 34.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 25, 2014, are ADOPTED IN FULL;

2. Plaintiff's motion for default judgment against defendant Steadman, filed on April 23, 2014, is DENIED with prejudice; and

3. No other motions for entry of default or default judgment against defendant Steadman shall be considered by the court in this action.

IT IS SO ORDERED.

Dated: **June 12, 2014**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE