UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FERNANDO GONZALES, et al.,<br><br>　　　　Defendants. | 1:11-cv-00394-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 37.)<br><br>ORDER DENYING DEFENDANT STEADMAN'S MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT AND REQUIRE PAYMENT OF SECURITY<br>(Doc. 31.)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STAY AND TO CONDUCT DISCOVERY, OR IN THE ALTERNATIVE, FOR EXTENSION OF TIME<br>(Doc. 36.)<br><br>ORDER REQUIRING DEFENDANT STEADMAN TO FILE ANSWER WITHIN THIRTY DAYS |

　　　Thomas Goolsby ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On May 29, 2014, findings and recommendations were entered, recommending that Defendant Steadman's ("Defendant") motion to declare Plaintiff a vexatious litigant and require payment of security, and Plaintiff's motion for stay and to conduct discovery, or in the

1

alternative, for extension of time, be denied. (Doc. 37.) The parties were provided an opportunity to file objections to the findings and recommendations within thirty days. On June 26, 2014, Defendant filed objections. (Doc. 43.) To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Defendant's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 29, 2014, are ADOPTED IN FULL; and

2. Defendant Steadman's motion to declare Plaintiff a vexatious litigant and require payment of security, filed on April 17, 2014, is DENIED;

3. Plaintiff's motion for stay and to conduct discovery, or in the alternative, for extension of time, filed on May 21, 2014, is DENIED;

4. Within thirty days from the date of service of this order, Defendant Steadman is required to file an Answer to the Complaint; and

5. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **July 15, 2014**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE